JOHN L. BELL, Individually and as Shareholder of NORPCO RESTAURANT, INC. and BUTCHER BLOCK OF ALBANY, INC., Appellant, v DAVID R. WHITE et al., Respondents.

Submitted February 28, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

CHRISTINA M. DELORENZO, Respondent, v PETER A. DELORENZO, Appellant.

Submitted March 21, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge PIGOTT taking no part.

---

In the Matter of DERRICK C. and Others, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN C., Appellant.

Submitted April 4, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.